THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DAVID P. KOWAL (SBN 188651)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5136
Facsimile: (213) 894-0142
E-mail: david.kowal@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff-Respondent,<br><br>　　　　　　v.<br><br>JOE MORIN RANGEL,<br><br>　　　Defendant-Petitioner. | Case No. CV 09-2947-JFW<br>　　　　(CR 05-578-JFW)<br><br><br>Order |

GOOD CAUSE BEING SHOWN, the government's motion to extend the time to file its Response to the Motion to Vacate/Set Aside/ Correct Sentence (the "motion") is granted.

The government shall file a response to the motion on or before October 16, 2009. A reply, if any, may be filed on or before November 17, 2009. Thereafter the matter will be taken under submission and an order will be issued in due course.

DATED: September 10, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Court