THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DAVID P. KOWAL (SBN 188651)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5136
    Facsimile:  (213) 894-0142
    E-mail:  david.kowal@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 09-2947-JFW |
| | (CR 05-578-JFW) |
| Plaintiff-Respondent, | |
| v. | Order |
| JOE MORIN RANGEL, | |
| Defendant-Petitioner. | |

    GOOD CAUSE BEING SHOWN, the government's motion to extend the time to file its Response to the Motion to Vacate/Set Aside/ Correct Sentence (the "motion") is granted.

    The government shall file a response to the motion on or before November 11, 2009. A reply, if any, may be filed on or before December 11, 2009. Thereafter the matter will be taken under submission and an order will be issued in due course.

DATED: October 13, 2009

                                        HON. JOHN F. WALTER
                                        United States District Court