GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. State Bar No. 188651)
Assistant United States Attorney
OCDETF Section
PIO S. KIM (Cal. State Bar No. 156679)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5136/2589
    david.kowal@usdoj.gov
    pio.kim@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　)　　No. CR 05-578(A)-JFW
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　 )　　[proposed]
　　　　　　　　　　　　　　　　)　　ORDER GRANTING IN PART AND
　　　　v.　　　　　　　　　　　 )　　DENYING IN PART DEFENDANT JOE
　　　　　　　　　　　　　　　　)　　MORIN RANGEL'S MOTION FOR
JOE MORIN RANGEL,　　　　　　　)　　RETURN OF PROPERTY
　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　)
_____)

    Having considered the moving papers by defendant Joe Morin Rangel, the opposition by the government, and the file herein, the Court FINDS and ORDERS as follows:

    (1) defendant Rangel's Motion for Return of Property (the "Motion") filed on September 10, 2009 is granted to the extent that it seeks return of the money received by the government from the sale of the real property located at 12816 Branford Street, Pacoima, California;

    (2) the total amount received by the government from the sale

of the real property is $19,341.80;

    (3) the government shall return $19,341.80 to defendants Joe Morin Rangel and Luz Rangel;

    (4) defendants Joe Morin Rangel and Luz Rangel shall comply with all reasonable requests by the government in effectuating the return of $19,341.80, including providing the address to which the payment should be sent; and

    (5) the Motion is denied as to the personal property for the reason that defendant Rangel's conviction is not final within the meaning of Fed. R. Crim. P. 41(g).

DATED: **November 25**, 2009

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Submitted by:

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DAVID KOWAL
PIO S. KIM

Attorney for Plaintiff
United States of America

PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Stree, Suite 1400, Los Angeles, California 90012.

On November 23, 2009, I served a [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT JOE MORIN RANGEL'S MOTION FOR RETURN OF PROPERTY on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   Joe Morin Rangel
      Reg. #31976-112
      FCC Petersburg Medium
      P.O. Box 1000
      Petersburg, VA 23804

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 23, 2009 at Los Angeles, California.

Gabriela Arciniega