```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DAVID P. KOWAL (SBN 188651)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-5136
     Facsimile:     (213) 894-0142
     E-mail:        david.kowal@usdoj.gov
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV 09-2947-JFW |
| ) | CR 05-578-JFW |
| Plaintiff-Respondent, ) | |
| ) | |
| v. ) | Order |
| ) | |
| JOE MORIN RANGEL, ) | |
| ) | |
| ) | |
| Defendant-Petitioner. ) | |

GOOD CAUSE BEING SHOWN, the government's motion to extend the time to file its Response to the Motion to Vacate/Set Aside/ Correct Sentence (the "motion") is granted.

The government shall file a response to the motion on or before January 8, 2010. A reply, if any, may be filed on or before February 8, 2010. Thereafter the matter will be taken under submission and an order will be issued in due course.

DATED: December 10, 2009

_____
HON. JOHN F. WALTER
United States District Court

NOTE: CHANGES MADE BY THE COURT